UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ALEXANDER NAHUM PARADA-CEDILLO,

Petitioner,

v.

MARCELLO VILLEGAS, et al.,

Respondents.

No. 1:26-CV-152-H

**ORDER**

Before the Court is the parties' Stipulation of Dismissal. Dkt. No. 16. Because the Stipulation of Dismissal satisfies Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the petitioner's claims against the respondents are dismissed without prejudice and the Clerk of Court is directed to close the case. *See* Fed. R. Civ. P. 81(a)(4) (stating that the Federal Rules of Civil Procedure apply to habeas actions); *see also, e.g.*, *Pack v. Yusuff*, 218 F.3d 448, 454–55 (5th Cir. 2000) (applying Rule 41 to dismiss the petitioner's habeas action). Each party shall bear its own costs and attorneys' fees.

In light of the Stipulation of Dismissal, the Court denies as moot all pending motions.

So ordered on November 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE